IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | * | |
| Plaintiff, | * | |
| vs. | * | No. 92-20132-B |
|  | * | No. 03-20169-B |
| LERMEDEYO MALONE, | * | |
| Defendant. | * | |
|  | * | |

## ORDER GRANTING GOVERNMENT'S MOTION
## TO CONTINUE SENTENCING

It is hereby ORDERED that the Government's motion to continue the sentencing of defendant, LERMEDEYO MALONE, currently set for June 16, 2005, is hereby GRANTED, and the sentencing is hereby reset to July, 19, 2005, at 9:00 a.m.

DONE at Memphis, Tennessee, this 6th day of June, 2005.

UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on 6-8-05



# Notice of Distribution

This notice confirms a copy of the document docketed as number 49 in case 2:92-CR-20132 was distributed by fax, mail, or direct printing on June 8, 2005 to the parties listed.

---

Howard L. Wagerman
WAGERMAN LAW FIRM
200 Jefferson Ave.
Ste. 1313
Memphis, TN 38103

Thomas A. Colthurst
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Timothy R. DiScenza
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable J. Breen
US DISTRICT COURT