IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

|  |  |
|---|---|
| UNITED STATES OF AMERICA, | * |
| Plaintiff, | * |
|  | *  No. 92-20132-B ✓ |
| vs. | No. 03-20169-B |
|  | * |
| LERMEDEYO MALONE, | * |
| Defendant. | * |
|  | * |

## ORDER GRANTING PARTIES' MOTION
## TO CONTINUE SENTENCING

It is hereby ORDERED that the parties' motion to continue the sentencing of defendant, LERMEDEYO MALONE, currently set for August 8, 2005, is hereby GRANTED, and the sentencing is hereby reset to Oct., 6, 2005, at 9:00 a.m.

DONE at Memphis, Tennessee, this ___ day of August, 2005.

_____
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on 8-4-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 52 in case 2:92-CR-20132 was distributed by fax, mail, or direct printing on August 4, 2005 to the parties listed.

---

Howard L. Wagerman
WAGERMAN LAW FIRM
200 Jefferson Ave.
Ste. 1313
Memphis, TN 38103

Thomas A. Colthurst
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable J. Breen
US DISTRICT COURT