IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | * |  |
| Plaintiff, | * |  |
| vs. | * | No. 92-20132-B |
|  | * | No. 03-20169-B |
| LERMEDEYO MALONE, | * |  |
| Defendant. | * |  |
|  | * |  |

## ORDER GRANTING GOVERNMENT'S MOTION TO CONTINUE SENTENCING

It is hereby ORDERED that the Government's motion to continue the sentencing of defendant, LERMEDEYO MALONE, currently set for October 6, 2005, is hereby GRANTED, and the sentencing is hereby reset to Nov. 14, 2005, at 1:30 pm.

DONE at Memphis, Tennessee, this 3rd day of Oct, 2005.

_____
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on 10-4-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 54 in case 2:92-CR-20132 was distributed by fax, mail, or direct printing on October 4, 2005 to the parties listed.

---

Howard L. Wagerman
WAGERMAN LAW FIRM
200 Jefferson Ave.
Ste. 1313
Memphis, TN 38103

Thomas A. Colthurst
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Timothy R. DiScenza
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable J. Breen
US DISTRICT COURT