IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

05 DEC 28 PM 4: 01

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

UNITED STATES OF AMERICA

VS.

No. 03-20169
92-20132

LERMEDEYO MALONE,

Defendant

---

## ORDER GRANTING DEFENDANT'S MOTION REQUESTING EXTENSION OF TIME TO SURRENDER

Before this Honorable Court is Defendant Lermedeyo Malone's Motion Requesting Extension of Time to Surrender currently scheduled for January 9, 2006 until some time after January 19, 2006.

IT IS THEREFORE, ORDERED, ADJUDGED AND DECREED that Defendant's Motion is granted with no opposition from the Government.

Entered this the 28 day of _____December_____, 2005.

_____

JUDGE DANIEL BREEN

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on _12-29-05_

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 62 in
case 2:92-CR-20132 was distributed by fax, mail, or direct printing on
December 29, 2005 to the parties listed.

Timothy R. DiScenza
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Thomas A. Colthurst
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Howard L. Wagerman
WAGERMAN LAW FIRM
200 Jefferson Ave.
Ste. 1313
Memphis, TN 38103

Honorable J. Breen
US DISTRICT COURT